JAMES ELGAR (a Corporation), Respondent, *v.* MARY-LAND CASUALTY COMPANY, Appellant, and MARCY PLACE HOLDING CORPORATION et al., Respondents.

(Submitted March 18, 1932; decided April 26, 1932.)

*Thomas J. Meehan, Jr.*, for appellant.

*Noah A. Stancliffe* and *William F. McDermott* for plaintiff-respondent.

*David I. Shapiro* for defendants-respondents.

Judgment affirmed, with costs; no opinion. (See 259 N. Y. 621.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.